UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Brian Henry Burkard, | ) | Civil Action No. 3:20-cv-00767-GTS |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Kilolo Kijakazi | ) | Stipulation – Document Filed Electronically |
| Acting Commissioner of the | ) | |
| Social Security Administration | ) | |
| *Defendant*. | ) | |

**Consent Order for Payment of Fees under the Equal Access to Justice Act**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees and expenses under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of seven thousand three hundred sixty-six dollars and fifteen cents ($7,366.15).

The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not to her attorney and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. Astrue v. Ratliff, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to the Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and counsel.

AND, the Court having reviewed the record in this matter;

IT IS on this  27th  day of      June      , 2022;

1

ORDERED that Plaintiff be awarded fees under EAJA in the amount of $7,366.15, and that are payable to the Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to the Plaintiff's attorney.

ORDERED that this award will fully and completely satisfy any and all of Plaintiff's claims for fees under 28 U.S.C. § 2412, and costs under 28 U.S.C. § 1920 and Fed. R. Civ. P. 54(d)(1).

ORDERED that the within matter be dismissed with prejudice.

Hon. Glenn T. Suddaby
Chief U.S. District Judge

The undersigned hereby consent to the form and entry of the within order.

Dated: June 24, 2022

| | |
|---|---|
| Kilolo Kijakazi, | Brian Henry Burkard, |
| By Her Attorneys | By His Attorney |
| Carla B. Freedman, United States Attorney | |
| */s/ Louis J. George* | */s/ Justin M. Goldstein*[1] |
| Louis J. George | Justin M. Goldstein |
| Special Assistant United States Attorney | Law Office of Kenneth R. Hiller |
| N.D.N.Y. Bar Roll No. 701022 | 6000 North Bailey Avenue, Suite 1A |
| Office of the General Counsel | Amherst, NY  14226 |
| J.F.K. Federal Building, Room 625 | (716) 564-3288 |
| Boston, MA 02203 | jgoldstein@kennethhiller.com |
| (617) 565-2386 | |
| louis.george@ssa.gov | |

---

[1] Signed by Louis J. George with Justin M. Goldstein's permission.